Jacori Andre CARTER, Plaintiff–Appellant,

v.

Benjamin ULEP, "Medical Doctor"; Lieutenant William; Officer Wells; Officer Gainey; Officer Hull; L. O'Neal, Nurse; M. Woodruff, Nurse; D. Treier, Nurse; G. Edwards, Nurse; T. Austin, Nurse; Edward Curry, L.T.; Officer Reece, Defendants–Appellees.

No. 14–7182.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 16, 2014.

Decided: Oct. 22, 2014.

Jacori Andre Carter, Appellant Pro Se. Elizabeth Martin Muldowney, Rawls, McNelis & Mitchell, PC, Richard Carson Vorhis, Senior Assistant Attorney General, Richmond, Virginia, for Appellees.

Before MOTZ, WYNN, and THACKER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jacori Andre Carter seeks to appeal the district court's order granting in part and denying in part a motion to dismiss filed by two Defendants in Carter's 42 U.S.C. § 1983 (2012) complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Carter seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*